IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHERING CORPORATION and MSP SINGAPORE COMPANY LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 09-6383 (JLL)(MF)<br>Civil Action No. 10-3085 (JLL)(MF) |

### ORDER REGARDING CASE SCHEDULE AND RELATED MATTERS

**THIS MATTER**, having come before the Court by joint request of Plaintiffs Schering Corporation and MSP Singapore Company LLC (collectively "Plaintiffs") and Defendant Mylan Pharmaceuticals Inc. ("Mylan"); the parties having agreed to a case schedule; and the Court having found good cause exists for the entry of such an Order.

**IT IS ON THIS** 27 **day of** July, 2011, **ORDERED THAT**:

(1) Expert reports on issues for which the party bears the burden of proof shall be served by August 16, 2011.

(2) Rebuttal expert reports (including secondary considerations, if Plaintiffs intend to rely upon them) shall be served by September 9, 2011 for economics experts and September 13, 2011 for all other experts.

(3) Reply expert reports (open to any issue that the party bears the burden on, as well as secondary considerations by Defendants if relied upon by Plaintiffs) shall be served by September 23, 2011 for economics experts and September 27, 2011 for all other experts.

(4)  Expert discovery shall be completed by September 30, 2011 for Defendant's economics experts and October 7, 2011 for Plaintiffs' economics experts. Expert discovery for all other experts shall be completed by October 18, 2011.

(5)  The following schedule shall apply to summary judgment motions:

| Event | Date |
| --- | --- |
| Last Day to File Opening Summary Judgment Briefs (deviates from D.N.J. motion schedule) | October 10, 2011 |
| Opposition Summary Judgment Briefs Due (for motions where the opening briefs were filed on October 10, 2011) | October 24, 2011 |
| Reply Summary Judgment Briefs Due (for motions where the opening briefs were filed on October 10, 2011) | October 31, 2011 |

(6)  The following schedule shall apply to motions in limine and *Daubert* motions:

| Event | Date |
| --- | --- |
| Opening Motions in Limine/*Daubert* Motions Due | October 24, 2011 |
| Responses to Motions in Limine/*Daubert* Motions Due | November 7, 2011 |
| Replies to Motions in Limine/*Daubert* Due | November 14, 2011 |

(7)  The proposed Pretrial Order shall be due on November 7, 2011.

(8)  Pretrial Briefs shall be due on November 21, 2011.

AND IT IS SO ORDERED.

_____
Honorable Mark Falk
United States Magistrate Judge