**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHERING CORPORATION, et al., | Civil Action No.: 09-6383 (JLL) |
| Plaintiffs, | **ORDER** |
| v. | |
| MYLAN PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

This matter having come before the Court by way of Defendant Mylan Pharmaceuticals, Inc.'s ("Mylan's") appeal of then-Magistrate Judge Salas's June 9, 2011 Letter Order granting in part and denying in part Mylan's application to compel discovery based on various alleged waivers of privilege by Plaintiffs, Schering Corporation and MSP Singapore Company LLC; and for the reasons set forth in this Court's corresponding Opinion;

IT IS on this 18 day of August, 2011,

**ORDERED** that the Letter Order of the Magistrate Judge is AFFIRMED. Mylan's appeal (CM/ECF No. 250) is DENIED.

**IT IS SO ORDERED.**

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE