
Arnold B. Calmann, Esq.
Jeffrey Soos, Esq.
Jakob B. Halpern, Esq.
 **SAIBER LLC**
  One Gateway Center, Suite 1000
  Newark, New Jersey 07102-5311
  T:  (973) 622-3333
  F:  (973) 622-3349

Thomas J. Parker, Esq.
Deepro R. Mukerjee, Esq.
 **ALSTON & BIRD LLP**
  90 Park Avenue
  New York, NY  10016
  T:  (212) 210-9529
  F:  (212) 210-9444
*Attorneys for Mylan Pharmaceuticals Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MERCK SHARP & DOHME CORP. and MSD INTERNATIONAL GmbH,**<br><br>    Plaintiffs/Counterclaim Defendants,<br> v.<br><br>**MYLAN PHARMACEUTICALS INC.,**<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 09-6383 (JLL)(MAH)<br>Civil Action No. 10-3085 (JLL)(MAH)<br><br>CONSOLIDATED |

### NOTICE OF APPEAL TO THE
### COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**PLEASE TAKE NOTICE** that Defendant Mylan Pharmaceuticals Inc. ("Mylan") hereby appeals to the United States Court of Appeals for the Federal Circuit from the May 16, 2012 Final Judgment and Order (Docket No. 455) entered in this action on May 17, 2012 and from all underlying and related opinions, orders, decisions, and rulings.

|  |  |  |
|---|---|---|
|  |  | **SAIBER LLC**<br>*Attorneys for Defendant*<br>*Mylan Pharmaceuticals Inc.* |
| Dated:  May 24, 2012 | By: | *s/ Arnold B. Calmann*<br>Arnold B. Calmann (abc@saiber.com)<br>Jeffrey Soos (js@saiber.com)<br>Jakob B. Halpern (jbh@saiber.com)<br>**SAIBER LLC**<br>One Gateway Center, Suite 1000<br>Newark, New Jersey 07102-5311<br>T:  (973) 622-3333<br>F:  (973) 622-3349 |

Thomas J. Parker (thomas.parker@alston.com)
Deepro R. Mukerjee (deepro.mukerjee@alston.com)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
T:  (212) 210-9529
F:  (212) 210-9444

Adam J. Biegel (adam.biegel@alston.com)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
T:  (404) 881-7000
F:  (212) 881-7777

Blas P. Arroyo (blas.arroyo@alston.com)
Jitendra Malik (jitty.malik@alston.com)
**ALSTON & BIRD LLP**
Bank of America Plaza
101 South Tryon Street
Charlotte, NC 28280-400
T:  (704) 444-1000
F:  (704) 444-1111

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached Mylan's Notice of Appeal was served by ECF, email, and/or U.S. First Class Mail on this **24th day of May, 2012** upon:

Donald A. Robinson
**ROBINSON WETTRE & MILLER LLC**
One Newark Center
Newark, New Jersey 07102
T: (973) 690-5400
F: (973) 466-2760)
drobinson@RWMLegal.com

Douglas S. Eakeley
Jason Halper
**LOWENSTEIN SANDLER**
65 Livingston Avenue
Roseland, New Jersey 07068
T: (973) 597-2500
F: (973) 597-2400
jhalper@lowenstein.com

David T. Pritikin
William H. Baumgartner, Jr.
**SIDLEY AUSTIN LLP**
1 S. Dearborn Street
Chicago, Illinois 60603
T: (312) 853-7000
F: (312) 853-7036
dpritikin@sidley.com
wbaumgartner@sidley.com

Todd L. Krause
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
T: (212) 839-5300
F: (212) 839-5599
tkrasue@sidley.com

*Attorneys for Plaintiffs Merck Sharp & Dohme Corp.*
*and MSD International GmbH*

Dated: May 24, 2012          */s/ Arnold B. Calmann*
                  Arnold B. Calmann