FORM 22. Transcript Purchase Order

## United States Court of Appeals for the Federal Circuit

Merck Sharp & Dohme Corp. et al.     ) Appeal from   ☒ U.S. District Court for  District of New Jersey
                                                    ☐ Court of International Trade
                                                    ☐ Court of Federal Claims
              —VERSUS—                ) TRIAL COURT NO. 2:09-CV-06383-JLL-MAH
Mylan Pharmaceuticals Inc.            ) CIRCUIT COURT NO. _____

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I -   TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
           When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial
           Court; 1 copy to the appellee; 1 copy retained by appellant.

   A. Complete one of the following:
         (   ) A transcript is not needed for the appeal
         (   ) A transcript is already on file
         ( X ) Request is hereby made to the reporter for a transcript of the following proceedings (give particu-
lars):  Trial Tr. Vols. 1-12 dated 12/5/11; 12/7/11; 12/8/11; 12/9/11; 12/12/11; 12/13/11; 12/14/11; 12/15/11; 12/16/11; 12/19/11; 12/20/11; 3/2/12;
        respectively.    Note: voir dire and closing arguments are not prepared unless specifically requested.

       Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

   B. I certify that financial arrangements have been made with the reporter. Payment is by:
         ( X ) Private Funds
         (   ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

   SIGNED _____ DATE  6/4/12  COUNSEL FOR  Mylan Pharmaceuticals Inc.
   ADDRESS  90 Park Avenue, New York, NY 10016
   TELEPHONE  212-210-9400

PART II -  TO BE COMPLETED BY THE COURT REPORTER
           2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript
           order is received.
           Date Purchase Order received: _____
           Estimated completion date: _____
           Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the
cost of the transcript.

                                                    _____
                                                    Signature and Date
                                         Telephone  _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
           (To be completed by court reporter on date of filing transcript in Trial Court and this notification must be
           forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court
today.

   _____              _____
           Date                                   Signature

146