Donald A. Robinson
ROBINSON WETTRE & MILLER LLC
One Newark Center
Newark, New Jersey 07102
(973) 690-5400

David T. Pritikin
William H. Baumgartner, Jr.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Douglas S. Eakeley
Jason E. Halper
**LOWENSTEIN SANDLER**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Todd L. Krause
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-6700

*Attorneys for Plaintiffs Merck Sharp & Dohme Corp.*
*and MSD International GmbH*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME CORP. and MSD INTERNATIONAL GmbH, <br><br>　　Plaintiffs/Counterclaim Defendants, <br>　v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br>　　Defendant/Counterclaim Plaintiff. | Civil Action No. 09-6383 (JLL)(MAH) <br> Civil Action No. 10-3085 (JLL)(MAH) <br><br> CONSOLIDATED <br><br> **MOTION TO TAX COSTS** |

　　PLEASE TAKE NOTICE that on July 20, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs/Counterlcaim Defendants Merck Sharp & Dohme Corp. and MSD International GmbH, shall apply to the Clerk of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey to tax costs against Defendant/Counterclaim Plaintiff Mylan Pharmaceuticals Inc. pursuant to Federal Rule of Civil Procedure 54(5)(1) and Local Civil Rule 54.1 in connection with the Judgment entered in the above-captioned matters in favor of Plaintiffs.  This application is being made in

accordance with the Court's May 16, 2012 Final Judgment that Plaintiffs apply for costs no later than 60 days after the filing of the Final Judgment. This application will be heard on the papers unless the Clerk requests oral argument.

PLEASE TAKE FURTHER NOTICE that in support of this application, the undersigned have submitted the itemized Bill of Costs (Form AO 133).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted.

Dated:  July 13, 2012                                   Respectfully submitted,

                                                            By:  *s/ Donald A. Robinson*
                                                                Donald A. Robinson
                                                                **ROBINSON WETTRE & MILLER LLC**
                                                               One Newark Center
                                                               Newark, New Jersey 07102
                                                               (973) 690-5400

David T. Pritikin
William H Baumgartner, Jr.
**SIDLEY AUSTIN LLP**
1 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Todd L. Krause
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-6700

Douglas S. Eakeley
Jason E. Halper
**LOWENSTEIN SANDLER**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

CERTIFICATE OF SERVICE

I certify that on July 13, 2012 I served the Motion to Tax Costs and supporting documents upon all counsel of record via the Court's CM/ECF electronic filing system and e-mail.

<u>*s/Donald A. Robinson*</u><br>Donald A Robinson