## ROBINSON, WETTRE & MILLER LLC

ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

July 13, 2012

**VIA CM/ECF & Federal Express**
John J. O'Brien, Chief Deputy Clerk
United States District Court
402 E. State Street
Trenton, New Jersey 08608

Re:  *Merck Sharp & Dohme Corp. v. Mylan Pharms. Inc.*,
     Civ. A. Nos. 09-6383; 10-3085 (JLL/MAH)

Dear Chief Deputy Clerk O'Brien:

Along with Sidley Austin LLP and Lowenstein Sandler PC, we represent the prevailing Plaintiffs in the above case.

The Court ordered that Plaintiffs' application for costs be submitted no later than July 16, 2012. (Final Judgment, ¶ 9, May 16, 2012 (D.I. 455).) In accordance with that Order and pursuant to Federal Rule of Civil Procedure 54(5)(1) and Local Civil Rule 54.1, Plaintiffs are submitting their Bill of Costs on Form AO133, as well as

- supporting information that explains the factual basis and legal authority for the requested award in each taxable cost category

- receipts for the expenses that Plaintiffs seek to have taxed.

Sincerely,

Donald A. Robinson

Enclosures

cc:  Hon. José L. Linares, U.S.D.J. (w/o encl; via Federal Express)
     All Counsel of Record (w/encl., by CM/ECF & e-mail)